IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00356-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| SYLVIA J FORD, | |
| Defendant, | |
| and | |
| COUNTY OF GASTON | |
| Garnishee. | |

## DISMISSAL OF APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Upon the United States' Motion for Dismissal of Application for Writ of Continuing Garnishment (ECF Doc. 17), for the reasons stated therein, and for good cause shown, it is ORDERED that the Application for Writ of Continuing Garnishment filed on January 17, 2020 (Doc. No. 13) in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.

Signed: November 25, 2020

Graham C. Mullen
United States District Judge